No. 16,294.

St. Philip *v.* Eastin et al.
(219 P. [2d] 321)

Decided May 22, 1950.

Per Curiam.

Judgment affirmed en banc without written opinion, Mr. Justice Jackson not participating.

Mr. David J. McKee, for plaintiff in error.

Mr. Stanley H. Johnson, Mr. Donald B. Robertson, Mr. James D. Voorhees, for defendants in error.